**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7095**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LANTIS JETON YOUNG,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:00-cr-00131-GCM-1)

_____

Submitted: February 20, 2025            Decided: February 25, 2025

_____

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lantis Jeton Young, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lantis Jeton Young appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We have reviewed the record and find no reversible error in the denial ruling. *See United States v. Davis*, 99 F.4th 647, 653-55, 657-59, 661 (4th Cir. 2024) (stating standard of review, addressing determinations district court must make to grant relief, and addressing parameters governing district court's consideration of factors raised for relief). Accordingly, we affirm the district court's order. *United States v. Young*, No. 3:00-cr-00131-GCM-1 (W.D.N.C. Oct. 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*